UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Irene Allen,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Diamond Resorts International, Inc., et al.,<br><br>　　　　　Defendants. | Case No.: 2:18-cv-03301-R-PLA<br><br>**ORDER** |

Upon review of the Parties Stipulation for Dismissal with Prejudice of Defendant Experian Information Solutions, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: November 27, 2018.

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE